

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2022

No. 04-21-00578-CR

**IN RE** Elio Enay **RUDAMAS**

Original Mandamus Proceeding[1]

## ORDER

On December 22, 2021, relator filed a petition for writ of mandamus challenging "an order appointing judges under Texas Government Code section 26.024." We issued an order requesting a response. The State filed an initial response on January 4, 2022 and an amended response on January 11, 2022. Relator filed replies on January 6, 2022 and January 12, 2022. After considering the petition, responses, replies, and mandamus record, this court concludes relator has not shown he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

It is so **ORDERED** on February 2, 2022.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2022.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 11304-CR, styled *State of Texas v. Elio Enay Rudamas*, pending in the County Court, Kinney County, Texas, the Honorable Tully Shahan presiding.